IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50210
Summary Calendar
_____

SHERRY KING,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CV-1281
- - - - - - - - - -

December 23, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Sherry King appeals from the district court's judgment affirming the denial of her application for supplemental security income. She argues that the administrative law judge failed to consider her ability to maintain employment and "failed to give proper weight to the testimony of the vocational expert (VE), that in his opinion, the Appellant would not be able to maintain employment should she return to her past relevant work." King

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argues that because of this error, the Commissioner's decision is not supported by substantial evidence and should be reversed.

King argument lacks a factual basis. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED.

AFFIRMED.